SCWC-17-0000032

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

MELCHOR A. PONCE,
Petitioner/Petitioner-Appellant,

vs.

ADMINISTRATIVE DIRECTOR OF THE COURTS, STATE OF HAWAI'I,
Respondent/Respondent-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000032; CASE NO. 1DAA-16-00005)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Petitioner-Appellant Melchor A. Ponce's application for writ of certiorari filed on July 24, 2019, is hereby rejected.

DATED: Honolulu, Hawai'i, September 18, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

